UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.05-11293-RGS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TROPICAL BANANA COMPANY, INC.,

    Plaintiffs

vs.

DOMINICAN WHOLESALE PRODUCE, INC.
A/K/A PROVIDENCE WHOLESALE PRODUCE, INC.,
MANUEL R. VASQUEZ AND
JOSE E. VASQUEZ,

    Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STIPULATION OF DISMISSAL

Now come the parties pursuant to F.R.C.P. Rule 41(a)(1)(ii) and agree that the above captioned action may be dismissed with prejudice and without costs, with all parties waiving rights of appeal.

TROPICAL BANANA CO., INC.  
By Its Attorneys

_____  
Andrew M. Osborne  
OSBORNE & VISCONTI  
20 Eastbrook Road  
Dedham, MA 02026  
tel. 781-326-9766  
fax 781-326-4113  
BBO#380455

DOMINICAN WHOLESALE PRODUCE, INC.
A/K/A PROVIDENCE WHOLESALE PRODUCE, INC.,

_____  
Ethan Schaff  
3 Pearl St.  
P.O. Box 149  
Stoughton, MA 02072  
781-297-3838  
781-297-0938  
BBO#

Page 1 of 1